# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Samhita Gera,

        Plaintiff,

v.

Chamath Palihapitiya, et al.,

        Defendants.

**NO. CV-23-02164-PHX-MTL**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 25, 2025, judgment of dismissal is entered, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

November 25, 2025

        s/ Katlyn James
By   Deputy Clerk